In the Matter of CULVER CONTRACTING CORPORATION against BURT J. HUMPHREY, a Justice of the Supreme Court of the State of New York.

BURT J. HUMPHREY, a Justice of the Supreme Court, et al., Appellants; CULVER CONTRACTING CORPORATION et al., Respondents.

(Submitted October 21, 1935; decided October 25, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 26.)